UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended (from 12/30/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

Held

January 15, 2004

5 hours

2:00 p.m.

CASE NO. **3:02cv1317, (MRK)**    National Grange v Air, Inc.

David J. Crotta Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511


William E. Gericke
Cozen & O'Connor
The Atrium
1900 Market St.
Third Fl.
Philadelphia, PA 19103-3527

Kenneth J. Mulvey Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511


John J. O'Brien Jr.
Moller, Peck & O'Brien
1010 Wethersfield Ave., 1st Fl.
Hartford, CT 06114-3149

* PLEASE NOTE: CASE NO. 3:02cv1216(MRK), UNION MUTUAL INS., CO.,
v. AIR, INC., WILL BE INCLUDED IN THE SETTLEMENT DISCUSSIONS.

    THANKS.


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK