UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
FEB 20  3 53 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

NATIONAL GRANGE MUTUAL INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY,
WEST AMERICAN INSURANCE COMPANY,
AMERICAN ECONOMY INSURANCE COMPANY

                Plaintiffs        Civil Action No. 3 02 cv 1317 (MRK)

VS.

AIR INC.,

                Defendant       February 12, 2004

### STIPULATION FOR DISMISSAL

The parties to this cause of action, being the National Grange Mutual Insurance Company, Great American Insurance Company, West American Insurance Company, and American Economy Insurance Company, plaintiffs, and Air Inc., defendant, by their counsel enter into a stipulation for the dismissal of this cause of action without costs and with prejudice.

AIR INC., Defendant

BY _____
Kenneth J. Mulvey, Jr.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, Connecticut 06511
Tel: 203-624-5111
Fax: 203-789-8371
Federal Bar Number: CT 04164

NATIONAL GRANGE MUTUAL INS. CO. GREAT AMERICAN INS. CO., AMERICAN INS. CO & AMERICAN ECONOMY INS. CO., Plaintiffs

By _____
William E. Gericke, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
Tel: 215-665-2000
Fax: 215-665-2013
Federal Bar Number: CT 18177

F:\MO&G\Active\Central Ins. Co. 003001\Air, Inc. v. Brookfield Office Park KJM 21\Pleadings\stip to dismiss 2-12-04.wpd

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 20th day of February, 2004, postage prepaid, to all counsel and pro se parties of record, as follows:

William E. Gericke, Esq.
Cozen O'Connor
The Atrium
1900 Market Street, 3rd Floor
Philadelphia, PA  19103-3527

John J. O'Brien, Jr., Esq.
Moller, Peck, & O'Brien
1010 Wethersfield Avenue, 1st Floor
Hartford, Connecticut  06114-3149

Stuart G. Blackburn, Esq.
Two Concorde Way
Building 3C
P. O. Box 608
Windsor Locks, Connecticut  06096

_____
Kenneth J. Mulvey, Jr.

MULVEY, OLIVER, GOULD & CROTTA  •  ATTORNEYS AT LAW  •  83 TRUMBULL STREET  •  NEW HAVEN, CONNECTICUT 06511-3774  •  TELEPHONE (203) 624-5111  •  FACSIMILE (203) 789-8371